**Maria OGMERTSIAN, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

**No. 02–71416.**
**Agency No. A70–958–473.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 16, 2003.

Maria Ogmertsian, Glendale, CA, pro se.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Los Angeles District Counsel, Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District, Counsel, San Francisco, CA, William Campbell Erb, Jr., Attorney, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

MEMORANDUM**

Maria Ogmertsian, a native and citizen of Georgia, petitions pro se for review of

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

the Board of Immigration Appeals' ("BIA") decision dismissing her appeal from an immigration judge's denial of her motion to reopen deportation proceedings to apply for relief under the Convention Against Torture. We have jurisdiction under 8 U.S.C. § 1105a(a). *See Kalaw v. INS,* 133 F.3d 1147, 1150 (9th Cir.1997). We conclude that the BIA did not abuse its discretion by denying petitioner's untimely motion to reopen. *See* 8 C.F.R. § 208.18(b)(2)(i); *Abassi v. INS,* 305 F.3d 1028, 1029–30 n. 1 (9th Cir.2002).

**PETITION FOR REVIEW DENIED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.